IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CYTONYA STOVALL, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:14-cv-161-WHA |
| COVINGTON CREDIT OF ALABAMA, INC., | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #17), filed by the parties on June 9, 2015, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 10th day of June, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE